FILED 23 MAY 4 12:36USDC-ORM

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

MEDFORD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | 1:23-cr-00152-MC |
| v. | INDICTMENT |
| SAMUEL JOEL SANCHEZ, | 21 U.S.C. §§ 841(a)(1), (b)(1)(B)(viii) <br> 18 U.S.C. § 922(g)(1) |
| Defendant. | Forfeiture Allegation |

THE GRAND JURY CHARGES:

### COUNT 1
### (Possession with Intent to Distribute Methamphetamine)
### (21 U.S.C. § 841(a)(1), (b)(1)(B)(viii))

On or about April 23, 2021, in the District of Oregon, defendant **SAMUEL JOEL SANCHEZ** did unlawfully and knowingly possess with intent to distribute over 50 grams of a mixture or substance containing a detectible amount of methamphetamine, a Schedule II controlled substance;

In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B)(viii).

### COUNT 2
### (Felon in Possession of a Firearm)
### (18 U.S.C. § 922(g)(1))

On or about April 23, 2021, in the District of Oregon, defendant **SAMUEL JOEL SANCHEZ** knowing that he had been previously convicted of a crime punishable by

imprisonment for a term exceeding one year, specifically: 2016 – District Court of the Third Judicial District of Idaho, County of Payette, Possession of a Controlled Substance with the Intent to Deliver, Docket No. CR-2015-1788, did knowingly and unlawfully possess the following firearms:

(1) Hi Point, Model JHP, .45 ACP caliber pistol;

(2) Smith & Wesson, Model 642-2, .38 S&W Spl. Caliber revolver;

(3) Smith & Wesson, Model SD40VE, .40 S&W caliber pistol; and

(4) Harrington & Richardson, Model 923, .22 caliber revolver,

which firearms had previously been shipped or transported in interstate or foreign commerce;

In violation of Title 18, United States Code, Section 922(g)(1).

### FIRST FORFEITURE ALLEGATION

Upon conviction of the offense in Count 1, defendant shall forfeit to the United States, pursuant to 21 U.S.C. § 853, any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of the aforesaid violations and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of said violations.

### SECOND FORFEITURE ALLEGATION

Upon conviction of the offense in Count 2, defendant shall forfeit to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), the firearms and ammunition involved in this offense, including without limitation:

(1) Hi Point, Model JHP, .45 ACP caliber pistol;

(2) Smith & Wesson, Model 642-2, .38 S&W Spl. Caliber revolver;

(3) Smith & Wesson, Model SD40VE, .40 S&W caliber pistol; and

(4) Harrington & Richardson, Model 923, .22 caliber revolver.

Dated: May 4, 2023.                    A TRUE BILL

/s/ Grand Jury Foreperson
OFFICIATING FOREPERSON

Presented by:

NATALIE K. WIGHT
United States Attorney

MARCO A. BOCCATO, OSB #103437
Assistant United States Attorney